# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| NATIONAL FUEL GAS MIDSTREAM CORPORATION AND NFG MIDSTREAM TROUT RUN, LLC, | : | No. 446 MAL 2017 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, | : | |
| | : | |
| Petitioner | : | |
| | | |
| SENECA RESOURCES CORPORATION, | : | No. 447 MAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.